NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Pierce O'Donnell (SBN 81298)
Gregory Mann (SBN 200578)
Robert Partain (SBN 221477)
O'Donnell & Associates
550 South Hope Street, Suite 1000
Los Angeles, California 90071
Tel: (213) 347-0290
Fax: (213) 347-0299

ATTORNEYS FOR: Plaintiffs

FILED
2008 FEB 22 PM 2:07
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

David F. Murphy
David Kuo

Plaintiff(s),

v.

Air New Zealand et al.

Defendant(s)

CASE NUMBER

**CV08-01214 PJW**

CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  Plaintiffs David F. Murphy and David Kuo
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                    **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| David F. Murphy | Plaintiff |
| David Kuo | Plaintiff |
| Air New Zealand | Defendant |
| All Nippon Airways | Defendant |
| Cathay Pacific Airways | Defendant |
| China Airlines | Defendant |
| Eva Airlines | Defendant |
| Japan Airlines International | Defendant |
| Malaysia Airlines | Defendant |
| Northwest Airlines | Defendant |
| Qantas Airlines | Defendant |
| Singapore Airlines | Defendant |
| Thai Airlines | Defendant |
| United Airlines | Defendant |

2/22/08
Date

Sign [signature]

Plaintiffs David F. Murphy and David Kuo
Attorney of record for or party appearing in pro per

NOTICE OF INTERESTED PARTIES

CV-30 (12/03)

**CONFORMED**