1  O'DONNELL & ASSOCIATES P.C.
   PIERCE O'DONNELL (State Bar No. 081298)
2  GREGORY J. MANN (State Bar No. 200578)
   ROBERT M. PARTAIN (State Bar No. 221477)
3  550 South Hope Street, Suite 1000
   Los Angeles, CA 90071
4  Telephone: (213) 347-0290
   Fax: (213) 347-0299
5

6  Attorneys for DAVID FRANK
   MURPHY, DAVID KUO and the Class
7

8

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11

12  DAVID F. MURPHY, an individual,          CASE NO. 2:08-cv-01214-R-PJW
13  DAVID KUO, an individual, and on
    behalf of all others similarly situated,
14                                           **PLAINTIFFS' NOTICE OF**
              Plaintiffs,                    **VOLUNTARY DISMISSAL,**
15                                           **WITHOUT PREJUDICE, OF**
         v.                                  **NORTHWEST AIRLINES**
16
17  AIR NEW ZEALAND,
    ALL NIPPON AIRWAYS,
18  CATHAY PACIFIC AIRWAYS,
    CHINA AIRLINES,
19  EVA AIRLINES,
    JAPAN AIRLINES INTERNATIONAL,
20  MALAYSIA AIRLINES,
    NORTHWEST AIRLINES,
21  QANTAS AIRLINES,
    SINGAPORE AIRLINES,
22  THAI AIRLINES,
    UNITED AIRLINES,
23
              Defendants.
24

25

26

27

28

VOLUNTARY DISMISSAL OF NORTHWEST AIRLINES

1

1        Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff

2  David F. Murphy and David Kuo hereby dismiss all claims made in this case,

3  without prejudice, against named defendant Northwest Airlines.

4

5

6  DATED:  March 7, 2008        O'DONNELL & ASSOCIATES PC

7

8                          By: _____

9                             ROBERT M. PARTAIN
                              Attorneys for Plaintiffs DAVID

10                            FRANK MURPHY and DAVID
                              KUO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VOLUNTARY DISMISSAL OF NORTHWEST AIRLINES