O'DONNELL & ASSOCIATES P.C.
PIERCE O'DONNELL (State Bar No. 081298)
GREGORY J. MANN (State Bar No. 200578)
ROBERT M. PARTAIN (State Bar No. 221477)
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
Telephone: (213) 347-0290
Fax: (213) 347-0299

Attorneys for DAVID FRANK
MURPHY, DAVID KUO and the Class

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. MUPRHY and DAVID KUO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES, JAPAN AIRLINES INTERNATIONAL, MALAYSIA AIRLINES, NORTHWEST AIRLINES, QANTAS AIRLINES, SINGAPORE AIRLINES, THAI AIRLINES, UNITED AIR LINES,<br><br>Defendants. | Case No. 08-cv-01214-R-PJW<br><br>**JOINT STIPULATION PURSUANT TO LOCAL RULE 8-3 EXTENDING TIME TO RESPOND TO COMPLAINT** |

JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO
LOCAL RULE 8-3 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-01214-R-PJW

44045343

1  Pursuant to Local Rule 8-3, and in light of the February 19, 2008 Judicial
2  Panel on Multidistrict Litigation ("JPML") Transfer Order on the Transpacific
3  Passenger Air Transportation cases, Plaintiffs David F. Murphy and David Kuo
4  ("Plaintiffs") and Defendant United Air Lines, Inc. ("Defendant"), through
5  counsel, hereby stipulate and agree as follows:

6  IT IS HEREBY STIPULATED AND AGREED that Defendant's time to
7  answer, move or otherwise plead is enlarged until either: (1) 45 days after
8  plaintiffs in the Transpacific Passenger Air Transportation cases file and serve a
9  consolidated amended complaint, unless otherwise ordered by the Court or agreed
10 to by the parties; or, (2) 45 days after plaintiffs in the Transpacific Passenger Air
11 Transportation cases provide written notice that a consolidated amended complaint
12 will not be filed.

13 IT IS FURTHER STIPULATED AND AGREED that defense counsel shall
14 accept service on behalf of Defendant of the summons and complaints in the
15 above-captioned matter, including any amended or consolidated complaints, and
16 further, that Defendant shall not contest sufficiency of process or service of
17 process. This Stipulation does not constitute a waiver of any other defense
18 including, but not limited to, the defenses of lack of personal or subject matter
19 jurisdiction or improper venue. Nothing in this paragraph shall obligate Defendant
20 to answer, move, or otherwise respond to any complaint until the time provided in
21 the preceding paragraph.
22 //
23 //
24 //
25 //
26 //
27
28

1

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: March 12, 2008                     MAYER BROWN LLP


By:    /s/ J. Joann Liao
J. Joann Liao
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2060

*Counsel for Defendant United Air Lines, Inc.*


Dated: March 12, 2008                     O'DONNELL & SHAEFFER PC


By:    /s/ Robert M. Partain
Robert M. Partain
O'Donnell & Associates P.C.
550 South Hope Street, Suite 1000
Los Angeles, CA 90071
Telephone:  (213) 347-0290
Facsimile:  (213) 347.0299

*Counsel for Plaintiffs*

2

JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO
LOCAL RULE 8-3 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-01214-R-PJW

1 **[PROPOSED] ORDER**

2     Defendant's time to answer, move or otherwise plead is enlarged until
3 either: (1) 45 days after plaintiffs in the Transpacific Passenger Air Transportation
4 cases file and serve a consolidated amended complaint, unless otherwise ordered
5 by the Court or agreed to by the parties; or, (2) 45 days after plaintiffs in the
6 Transpacific Passenger Air Transportation cases provide written notice that a
7 consolidated amended complaint will not be filed.

8     Defense counsel shall accept service on behalf of Defendant of the summons
9 and complaints in the above-captioned matter, including any amended or
10 consolidated complaints, and further, Defendant shall not contest sufficiency of
11 process or service of process.

13 IT IS SO ORDERED.     _____
14     HON. MANUEL L. REAL

2

JOINT STIPULATION AND [PROPOSED] ORDER PURSUANT TO
LOCAL RULE 8-3 EXTENDING TIME TO RESPOND TO COMPLAINT
CASE NO. 08-CV-01214-R-PJW