Joseph W. Cotchett (36324)
jcotchett@cpmlegal.com
Nancy L. Fineman (124870)
nfineman@cpmlegal.com
Steven N. Williams (175489)
swilliams@cpmlegal.com
Neil Swartzberg (215133)
nswartzberg@cpmlegal.com
Douglas Y. Park (233398)
dpark@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA  94010
Telephone:  (650) 697-6000
Facsimile:   (650) 697-0577

Michael P. Lehmann (77152)
mlehmann@cmht.com
Christopher L. Lebsock (184546)
clebsock@cmht.com
Jon T. King (205073)
jking@cmht.com
**COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
One Embarcadero Center, Suite 2440
San Francisco, CA 94111
Telephone:  (415) 229-2080
Facsimile:   (415) 986-3643

*Interim Class Counsel and Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL   DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID F. MURPHY and DAVID KUO, individually and on behalf of all others similarly situated,**<br><br>           **Plaintiffs,**<br><br>      **v.**<br><br>**AIR NEW ZEALAND,** | Case No. 08-cv-1214-R-PJW<br><br>NOTICE OF TAG-ALONG ACTION |

**NOTICE OF TAG-ALONG ACTION**
**Case No. 08-cv-1214-R-PJW**

| | |
|---|---|
| **ALL NIPPON AIRWAYS,** | ) |
| **CATHAY PACIFIC AIRWAYS,** | ) |
| **CHINA AIRLINES,** | ) |
| **EVA AIRLINES,** | ) |
| **JAPAN AIRLINES** | ) |
| **INTENATIONAL,** | ) |
| **MALAYSIA AIRLINES,** | ) |
| **NORTHWEST AIRLINES,** | ) |
| **QANTAS AIRLINES,** | ) |
| **SINGAPORE AIRLINES,** | ) |
| **THAI AIRLINES,** | ) |
| **UNITED AIRLINES,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Pretrial Order #1, filed in the Northern District of California on March 17, 2008, Plaintiffs David F. Murphy and David Kuo give notice that *David F. Murphy, et al. v. Air New Zealand, et al.,* Case No. 08-01214, filed in the C.D. California is related to *Wortman et al. v. Air New Zealand, et al.,* Case No. 07-05634, filed in the N.D. California, as a tag-along action.

Dated: May 21, 2008   Respectfully Submitted,

By: */s/ Steven N. Williams*
    Steven N. Willaims

    Joseph W. Cotchett
    Nancy L. Fineman
    Steven N. Williams
    Neil Swartzberg
    Douglas Y. Park
    **COTCHETT, PITRE & McCARTHY**
    San Francisco Airport Office Center

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**NOTICE OF TAG-ALONG ACTION**
**Case No. 08-cv-1214-R-PJW**

| | |
|---|---|
| 1 | 840 Malcolm Road, Suite 200 |
| 2 | Burlingame, CA  94010<br>Telephone:  (650) 697-6000<br>Facsimile:  (650) 697-0577 |
| 3 | |
| 4 | Michael P. Lehmann<br>Christopher L. Lebsock<br>Jon T. King |
| 5 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.** |
| 6 | One Embarcadero Center<br>Suite 2440 |
| 7 | San Francisco, CA 94111<br>Telephone:  (415) 229-2080 |
| 8 | Facsimile:  (415) 986-3643 |
| 9 | *Interim Class Counsel and Counsel for Plaintiffs* |

**NOTICE OF TAG-ALONG ACTION**
**Case No. 08-cv-1214-R-PJW**

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

3

1 | Joseph W. Cotchett (36324)
  | jcotchett@cpmlegal.com
2 | Nancy L. Fineman (124870)
  | nfineman@cpmlegal.com
3 | Steven N. Williams (175489)
  | swilliams@cpmlegal.com
4 | Neil Swartzberg (215133)
  | nswartzberg@cpmlegal.com
5 | Douglas Y. Park (233398)
  | dpark@cpmlegal.com
6 | **COTCHETT, PITRE & McCARTHY**
  | San Francisco Airport Office Center
7 | 840 Malcolm Road, Suite 200
  | Burlingame, CA  94010
8 | Telephone:   (650) 697-6000
  | Facsimile:   (650) 697-0577
9 |
10 | Michael P. Lehmann (77152)
   | mlehmann@cmht.com
11 | Christopher L. Lebsock (184546)
   | clebsock@cmht.com
12 | Jon T. King (205073)
   | jking@cmht.com
13 | **COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.**
   | One Embarcadero Center, Suite 2440
14 | San Francisco, CA 94111
   | Telephone:   (415) 229-2080
15 | Facsimile:    (415) 986-3643

16 | *Interim Class Counsel and Counsel for Plaintiffs*

18 |              **UNITED STATES DISTRICT COURT**

19 |              **CENTRAL   DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID F. MURPHY and DAVID KUO, individually and on behalf of all others similarly situated,** | Case No. 08-cv-1214-R-PJW |
| Plaintiffs, | **CERTIFICATE OF SERVICE** |
| v. | |
| **AIR NEW ZEALAND, ALL NIPPON AIRWAYS, CATHAY PACIFIC AIRWAYS, CHINA AIRLINES, EVA AIRLINES,** | |

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| 1 | **JAPAN AIRLINES INTENATIONAL,** ) |
| 2 | **MALAYSIA AIRLINES,** ) |
|   | **NORTHWEST AIRLINES,** ) |
| 3 | **QANTAS AIRLINES,** ) |
|   | **SINGAPORE AIRLINES,** ) |
| 4 | **THAI AIRLINES,** ) |
|   | **UNITED AIRLINES,** ) |
| 5 | ) |
|   | **Defendants.** ) |
| 6 | _____ ) |

## CERTIFICATE OF SERVICE

I am employed in San Mateo County, which is where service of the documents referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Burlingame, California 94010. I am readily familiar with Cotchett, Pitre & McCarthy's practices for the service of documents. On May 21, 2008, I served or caused to be served a true copy of the following documents in the manner listed below:

**1. NOTICE OF TAG-ALONG ACTION; and**

**2. CERTIFICATE OF SERVICE.**

**XXX BY ECF:** I caused the aforementioned documents to be filed via the Electronic Case Filing (ECF) system in the United States District Court for the Northern District of California, on all parties registered for e-filing in the Docket Numbers 08-cv-1214-R-PJW. Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

**XXX BY HAND DELIVERY:** I caused the sealed envelope containing the aforementioned document(s) to be

---

**CERTIFICATE OF SERVICE**

1  hand delivered to the addressee(s) specified below.

2

3  Hon. Manuel L. Real                Hon. Patrick J. Walsh
   U.S. District Court                U.S. District Court
   Central District of                Central District of
4  California                         California
   312 N. Spring Street               312 N. Spring Street
5  Courtroom 8                        Courtroom No. 827A
   Los Angeles, CA 90012              Los Angeles, CA 90012

6

7  I declare under penalty of perjury under the laws
8  of the State of California that the foregoing is true
9  and correct.  Executed at Burlingame, California, on
10 May 21, 2008.

11
                        /s/ Marisa Compesi
12                      **MARISA COMPESI**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**CERTIFICATE OF SERVICE**

3