

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

**To**:     Clerk, United States District Court

Northern                    District of   District of California

450 Golden Gate Avenue , PO Box 36060

San Francisco, CA 94102

**Re**:   MDL  1913              In Re:  Transpacific Passenqer Air Transoortation Antitrust Litisation

Transfer of our Civil Case No.  2:08-cv-01214-R-PJWx

Case Title:  David F Murphy et al v. Air New Zealand et al

Dear Sir/Madam:

**An order having been made by the Judicial Panel on Multi-district Litigation transferring/ remanding the above-numbered case to your district, we are transmitting herewith our:**

☐   Original case file documents are enclosed in paper format.
☑   Electronic Documents are accessible through Pacer.
☐   Other: _____

_____

Very truly yours,

Clerk, U.S. District Court

Date: _July 14, 2008_              By _Phyllis Lopez 213-894-8990_
                                           Deputy Clerk

*cc:   All counsel of record*

## TO BE COMPLETED BY RECEIVING DISTRICT

**Please acknowledge receipt via e:mail to the appropriate address listed below and  provide the case number assigned in your district:**

☐   CivilIntakecourtdocs-LA@cacd.uscourts.gov     (Los Angeles Office)
☐   CivilIntakecourtdocs-RS@cacd.uscourts.gov     (Riverside Office)
☐   CivilIntakecourtdocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case Number: _____

Clerk, U.S. District Court

Date: _____     By _____
                                          Deputy Clerk