# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:08–cv–01214–R–PJW

David F Murphy et al v. Air New Zealand et al  
Assigned to: Judge Manuel L. Real  
Referred to: Magistrate Judge Patrick J. Walsh  
Cause: 15:0001 Antitrust Litigation  

Date Filed: 02/22/2008  
Date Terminated: 07/07/2008  
Jury Demand: Plaintiff  
Nature of Suit: 410 Anti–Trust  
Jurisdiction: Federal Question  

**Plaintiff**

**David F Murphy**  
*an individual and on behalf of others similarly situated*

represented by **Gregory J Mann**  
O'Donnell and Associates  
550 South Hope Street Suite 1000  
Los Angeles, CA 90071  
213–347–0290  
Email: gmann@oslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pierce O'Donnell**  
O'Donnell and Associates  
550 South Hope Street Suite 1000  
Los Angeles, CA 90071  
213–347–0290  
Email: pod@oslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert M Brava–Partain**  
O'Donnell &Associates  
550 South Hope Street Suite 1000  
Los Angeles, CA 90071  
213–347–0290  
Email: rpartain@oslaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kuo**  
*an individual, and on behalf of all others similarly situated*

represented by **Gregory J Mann**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Pierce O'Donnell**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Robert M Brava–Partain**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Air New Zealand**

**Defendant**

**All Nippon Airways**

**Defendant**

**Cathay Pacific Airways**

**Defendant**

**China Airlines**

**Defendant**

**Eva Airlines**

**Defendant**

**Japan Airlines International**

**Defendant**

**Malaysia Airlines**

**Defendant**

**Northwest Airlines**
*TERMINATED: 03/07/2008*

**Defendant**

**Qantas Airlines**

**Defendant**

**Singapore Airlines**

**Defendant**

**Thai Airlines**

**Defendant**

**United Airlines**

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 02/22/2008 | Ï 1 | COMPLAINT against Defendants Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airlines, Japan Airlines International, Malaysia Airlines, Northwest Airlines, Qantas Airlines, Singapore Airlines, Thai Airlines, United Airlines. (Filing fee $ 350 PAID.) Jury Demanded., filed by Plaintiffs David F Murphy, David Kuo. (et) Additional attachment(s) added on 3/25/2008 (lra, ). Additional attachment(s) added on 3/26/2008 (pj, ). Additional attachment(s) added on 3/26/2008 (lra, ). (Entered: 02/29/2008) |
| 02/22/2008 | Ï | 20 DAY Summons Issued re Complaint – (Discovery) 1 as to Defendants Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airlines, Japan Airlines International, Malaysia Airlines, Northwest Airlines, Qantas Airlines, Singapore Airlines, Thai Airlines, United Airlines. (et) (Entered: 02/29/2008) |
| 02/22/2008 | Ï 2 | CERTIFICATION AND NOTICE of Interested Parties filed by Plaintiffs David F Murphy, David Kuo. (et) Additional attachment(s) added on 4/14/2008 (cyo, ). (Entered: 02/29/2008) |
| 02/22/2008 | Ï | FAX number for Attorney Robert M Brava–Partain, Gregory Jonathon Mann, Pierce O'Donnell is 213–347–0299. (et) (Entered: 02/29/2008) |
| 02/25/2008 | Ï 3 | ORDER RE: NOTICE TO COUNSEL: This case has been assigned to the calendar of Judge Manuel L. Real. Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. The attention of counsel is particularly directed to Local Rule 16. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Real. (See document for further detail) by Judge Manuel L. Real, (pj) (Entered: 02/29/2008) |
| 02/26/2008 | Ï | ALIAS SUMMONS issued as to Defendants Air New Zealand, All Nippon Airways, Cathay Pacific Airways, China Airlines, Eva Airlines, Japan Airlines International, Malaysia Airlines, Qantas Airlines, Singapore Airlines, Thai Airlines, United Airlines (pj) (Entered: 03/25/2008) |
| 03/07/2008 | Ï 4 | NOTICE OF DISMISSAL filed by Plaintiff David F Murphy, David Kuo pursuant to FRCP 41a(1) as to Northwest Airlines. (Brava–Partain, Robert) (Entered: 03/07/2008) |
| 03/12/2008 | Ï 5 | First STIPULATION for Extension of Time to File Answer filed by Plaintiffs David F Murphy, David Kuo.(Brava–Partain, Robert) (Entered: 03/12/2008) |
| 03/25/2008 | Ï 6 | PROOF OF SERVICE Executed by Plaintiff David F Murphy, David Kuo, upon United Airlines served on 3/6/2008, answer due 3/26/2008. The Summons and Complaint were served by Personal service, by Federal statute, upon Mary Drummond/Process Agent. Due Dilligence declaration No. Original Summons Not Returned. (Brava–Partain, Robert) (Entered: 03/25/2008) |
| 05/21/2008 | Ï 7 | NOTICE filed by Plaintiff David F Murphy, David Kuo. *Notice of Tag–Along Action* (Attachments: # 1 Certificate of Service)(Williams, Steven) (Entered: 05/21/2008) |
| 07/07/2008 | Ï 8 | CONDITIONAL TRANSFER ORDER (CTO–2) from the Judicial Panel on Multidistrict Litigation MDL 1913, transferring case to USDC Northern District of California assigned to Honorable Charles R Breyer. (MD JS–6. Case Terminated.) (pj) (Entered: 07/14/2008) |
| 07/14/2008 | Ï 9 | |

| | Transfer Out Transmittal Letter. This case is transferred Electronically to Northern District of California sent to USDC Northern District of California at San Francisco, California on 7/14/2008. (pj) (Entered: 07/14/2008) |
|---|---|

Case 3:08-cv-03786-CRB   Document 10   Filed 08/07/2008   Page 4 of 4