**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

12 August 2008

Re:  MDL 08-1913 In re: Transpacific Passenger Air Transportation Antitrust Litigation

Title of Case
**David F. Murphy, et al -v- Air New Zealand, et al**

Case Number
**C.A. No. 2:08-1214**

Dear Sir/Madam:

This is to advise you that the above entitled case has been transferred from the Central District of California to this Court pursuant to 28 U.S.C. §1407(c) and assigned to the Honorable Charles R. Breyer. We have given the action the individual case number **C 08-3786 to be followed by the initials CRB**.

Please be advised that this action has been designated as an E-Filing case. Therefore, counsel is directed to immediately register as an ECF user with the Northern District of California.   Information on registration and an on-line registration form can be found in our website at https://ecf.cand.uscourts.gov

Sincerely yours,

*R. C. Santos*

Rufino C. Santos
Deputy Clerk

cc: Counsel
     MDL